ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

SOPHIA COOPER (CABN 320373)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6473
    FAX: (415) 436-7234
    Sophia.Cooper@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 3:23-mj-71403 MAG |
| Plaintiff, | ) |
| v. | ) PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| DEREK HOPSON, | ) |
| Defendant. | ) |

TO:     The Honorable Alex G. Tse, United States Magistrate Judge for the Northern District of California

    Assistant United States Attorney Sophia Cooper respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner DEREK HOPSON, whose place of custody or jailor are set forth in the requested Writ, attached hereto.

    The prisoner, DEREK HOPSON, is required to appear as a defendant in the above-entitled matter in this Court on the date identified in the writ and for all future hearings, and therefore petitioner prays that the Court issue the Writ as presented.

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 3:23-mj-71403 MAG

| | |
|---|---|
| Dated: January 16, 2024 | Respectfully Submitted, |
| | ISMAIL J. RAMSEY<br>United States Attorney |
| | /s/<br>Sophia Cooper<br>Assistant United States Attorney |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 3:23-mj-71403 MAG

1 | ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

2

3 | MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

4 | SOPHIA COOPER (CABN 320373)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6473

7 | FAX: (415) 436-7234
Sophia.Cooper@usdoj.gov

8

Attorneys for United States of America

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

SAN FRANCISCO DIVISION

12

13 | UNITED STATES OF AMERICA,  ) CASE NO. 3:23-mj-71403 MAG
)
14 |                              ) [PROPOSED] ORDER GRANTING PETITION
        Plaintiff,               ) FOR WRIT OF HABEAS CORPUS AD
15                               ) PROSEQUENDUM
        v.                       )
16                               )
DEREK HOPSON,                    )
17                               )
        Defendant.               )

18

19    Upon motion of the United States of America, and good cause appearing therefore,

20 IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas

21 Corpus Ad Prosequendum requiring the production of defendant DEREK HOPSON, before this Court

22 on the date stated in the Writ submitted, or as soon thereafter as practicable, and requiring that the

23 defendant be present for all future hearings, is granted and the Writ shall be issued as presented.

24 DATED: 1/16/2024

25

Hon. Alex G. Tse
26 United States Magistrate Judge

27

28

[PROPOSED] ORDER
CASE NO. 3:23-mj-71403 MAG

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: **MARK KOLC, Acting United States Marshal for the Northern District of California and S. Elliot, North Kern State Prison, 2737 West Cecil Avenue, Delano, CA 93216 and /or any of his authorized deputies:**

Pursuant to the foregoing petition and order, you are directed to produce the body of DEREK HOPSON, who is in the custody of North Kern State Prison, before the Honorable Lisa J. Cisneros, United States Magistrate Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at 450 Golden Gate Avenue, 15th Floor- Courtroom G, San Francisco, California 94102, on February 1, at 10:30 a.m, or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court and further to produce said defendant at all future hearings as necessary until the termination of the proceedings in this Court.

Should the current custodian release DEREK HOPSON from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

DATED: Jan. 17, 2024

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK